O

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

HAORU NIU,                    ) Case No. CV 11-04317 DDP (Ex)
                              )
          Plaintiff,          ) **ORDER GRANTING DEFENDANTS' EX
                              ) PARTE APPLICATION**
     v.                       )
                              ) [Ex parte filed on 07/22/2011]
UNITED STATES OF AMERICA,     )
                              )
          Defendant.          )
                              )
_____ )

     Presently before the court is Defendants' Ex parte Application for Extension of Time (Dkt. No. 7).  The application is GRANTED, and Defendants shall file their response to Plaintiff's Complaint on or before August 24, 2011.

     The court is mindful of Plaintiff's concerns, and the court will order the clerk to schedule this matter for an expedited scheduling conference, at which time the parties can discuss Plaintiff's apprehensions and the timing of the case.

IT IS SO ORDERED.

Dated: July 28, 2011
                                   _____
                                   DEAN D. PREGERSON
                                   United States District Judge